CO-386-online
10/03

**FILED**
OCT 13 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | |
|---|---|
| ATHENA INNOVATIVE SOLUTIONS, INC. (formerly MZM, INC.) | CASE NUMBER   1:05CV02026 |
| vs  Plaintiff | JUDGE: John D. Bates |
| | DECK TYPE: Contract |
| KAY COLE JAMES | DATE STAMP: 10/13/2005 |
| Defendant | |

JURY ACTION

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  ATHENA INNOVATIVE SOLUTIONS, INC. (formerly MZM, INC.)  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  **none to my knowledge**  which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

439116
BAR IDENTIFICATION NO.

Mark A. Smith
Print Name

1785 Massachusetts Ave., N.W. Suite 100
Address

Washington, DC 20036
City    State    Zip Code

202.776/0022
Phone Number