IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ATHENA INNOVATIVE SOLUTIONS,<br>INC. (formerly MZM, INC.),<br>    1523 New Hampshire Ave., N.W.<br>    Washington, DC 20036,<br><br>        Plaintiff,<br><br>    v.<br><br>KAY COLES JAMES,<br>    9931 South Park Circle<br>    Fairfax Station, VA 22039,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:05CV02026<br>Judge: John D. Bates<br>Deck Type: Contract |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Athena Innovative Solutions, Inc.

(formerly MZM, Inc.) and Defendant/Counterclaim Plaintiff Kay Coles James hereby stipulate to

the dismissal of this action, and all counterclaims, with prejudice, each party bearing its own fees

and costs.

**SO STIPULATED:**

_____

Mark A. Smith (Bar No. 439116)
Law Office of Mark A. Smith, LLC
1785 Massachusetts Avenue, N.W.
Suite 100
Washington, DC 20036
(202) 776-0022

Attorneys for Plaintiff,
Athena Innovative Solutions, Inc.

Dated: December 13, 2005

_____

Joanne L. Zimolzak (Bar No. 452035)
J. Randolph Evans (D.C. Bar No. 479222)
McKENNA LONG & ALDRIDGE, L.L.P.
1900 K Street, N.W.
Washington, D.C. 20006
(202) 496-7500

Attorneys for Defendant, Kay Coles James